**Dismissed and Memorandum Opinion filed February 14, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00948-CV

**GREATLAND INVESTMENT, INC., GREATLAND RESIDENTIAL, INC., H-T INVESTMENT CORPORATION AND SCL REALTY INVESTMENT, INC., Appellants**

**V.**

**CATHERINE LE AND LAW FIRM OF CATHERINE LE, PLLC, Appellees**

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-78987**

## MEMORANDUM OPINION

This is an appeal from an order signed June 7, 2022. The notice of appeal was filed December 27, 2022. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On January 26, 2023, this court ordered appellants to pay the appellate filing fee on or before February 6, 2023 or the appeal would be dismissed. Appellants have not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.